In the Matter of LOUIS A. MENDELSOHN, Respondent, against BERNARD G. WALPIN, Appellant, and HARRY B. CHAMBERS, as Chairman of the Bronx County Committee of the Democratic Party, et al., Respondents.

Argued August 18, 1950; decided August 18, 1950.

*Stanley Goldstein* for appellant.

*Arnold L. Fein* for Americans for Democratic Action, *amicus curiæ,* in support of appellant's position.

*Joseph A. Brust* for Louis A. Mendelsohn, respondent.

*John L. Flynn* and *Alfred J. Callahan* for Harry B. Chambers, respondent.

*John P. McGrath, Corporation Counsel* (*Thomas W. A. Crowe* of counsel), for Board of Elections of the City of New York, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, FULD and FROESSEL, JJ. Taking no part: DYE, J.